UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Ninety Fifth Street Square Inc.,

        Debtor.
---------------------------------------------------------X

Involuntary Chapter 11

Case No. 16-13495 (SCC)

## ORDER DIRECTING CLOSURE OF CASE

Upon the involuntary petition filed against Ninety Fifth Street Square Inc. by petitioning creditor Nedel Lionel ("Petitioning Creditor") on December 14, 2016; and a Summons having been issued by the Clerk's Office on December 14, 2016; and the Petitioning Creditor having failed to serve the Summons; and the Court having reviewed the docket of the case and finding that the involuntary petition fails to satisfy the requirements set forth in section 303(b) of the Bankruptcy Code; now therefore, it is hereby

**ORDERED** that the Petitioning Creditor's filing is void *ab initio*; and it is further

**ORDERED** that the Clerk's Office is directed to close this case.

Dated: New York, New York
       January 24, 2017

                                        /s/ Shelley C. Chapman_____
                                        HON. SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE